1                                        The Honorable James L. Robart

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| SCOTT ADAMS, individually, | Case No.: 3:19-cv-06226-JLR |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |
| vs. | |
| WALMART, INC., an Arkansas Company, and DOES 1 through 10, inclusive, | |
| Defendants. | |

## **STIPULATION**

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, Plaintiff, Scott Adams, and Defendant, Walmart, Inc., hereby stipulate and agree that all of Plaintiff's claims in this Case No. 3:19-cv-06226-JLR should be dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to any party.

//

//

//

//

|   |   |   |
|---|---|---|
| 1 | IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD. | |
| 2 | | |
| 3 | DATED: March 4, 2021 | _____ |
| 4 | | Kevin Smith, WSBA #48578 |
|   | | k.smith@defiance.law |
| 5 | | DEFIANCE LAW PLLC |
|   | | 7512 Bridgeport Way West, Ste A |
| 6 | | Lakewood, WA  98499 |
|   | | Tel: (253) 244-7327 |
| 7 | | |
| 8 | | Attorney for Plaintiff |
| 9 | | |
| 10 | DATED: April 6, 2021 | /s/Clarence M. Belnavis |
|   | | Clarence M. Belnavis, WSBA # 36681 |
| 11 | | cbelnavis@fisherphillips.com |
| 12 | | Ryan R. Jones, WSBA # 52566 |
|   | | rrjones@fishersphillips.com |
| 13 | | FISHER & PHILLIPS LLP |
|   | | 1201 Third Avenue, Ste 2750 |
| 14 | | Seattle, WA 98101 |
| 15 | | Tel: (206) 682-2308 |
| 16 | | |
| 17 | | Attorneys for Defendant |

STIPULATION AND ORDER OF
DISMISSAL OF ALL CLAIMS WITH
PREJUDICE - 2

DEFIANCE LAW PLLC
7512 Bridgeport Way W, Ste A
Lakewood, WA 98499
(253) 244-7327

**ORDER**

The Court reviewed the parties' Stipulation and Order of Dismissal of All Claims with Prejudice, and is fully advised.

Pursuant to the parties' Stipulation and Order of Dismissal of All Claims, the Court DISMISSES all of Plaintiff's claims with prejudice and without an assessment by the Court of costs or attorneys' fees to any party.  Case No. 3:19-cv-06226-JLR is closed.

DATED: April 8, 2021

Honorable James L. Robart
United States District Court Judge